# EXHIBIT A

**NCH0003359 (i.e., Exhibit 8 to the to the July 27, 2026 Deposition of Dale Evans) & pages 170-78 from such deposition transcript**

**THE ENTIRETY OF THIS EXHIBIT IS BEING FILED PROVISIONALLY UNDER SEAL**