**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ERIC FINNERUD,
SOUND ALIVE ENTERPRISE, LLC, and
DISTROMINT, LLC,

*Plaintiffs and Counterclaim-Defendants*,

v.

NCHAIN UK LTD,

*Defendant and Counterclaim-Plaintiff*.

Civil Action
File No.: 1:24-cv-05280-SDG

**DECLARATION OF VIVEK TATA**

I, Vivek Tata, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The facts set forth herein are personally known to me and/or based on business records that I have reviewed.

2. I am a Partner at Elsberg Baker & Maruri, PLLC, a law firm based in New York City, and counsel to nChain UK LTD ("nChain").

3. A true and correct copy of the transcript of the deposition of Eric Finnerud (Vol. 1), taken on August 4, 2026, is attached hereto as Exhibit 1.

4. A true and correct copy of the transcript of the deposition of Eric Finnerud (Vol. 2), taken on August 5, 2026, is attached hereto as Exhibit 2.

5. A true and correct copy of the transcript of the deposition of Eric Finnerud (Vol. 3), taken on August 6, 2026, is attached hereto as Exhibit 3.

6. A true and correct copy of the transcript of the deposition of Dale Evans (Part 2), taken on July 27, 2026, is attached hereto as Exhibit 4.

7. A true and correct copy of the transcript of the deposition of Dale Evans as nChain's 30(b)(6) witness, taken on July 28, 2026, is attached hereto as Exhibit 5.

8. A true and correct copy of the transcript of the deposition of Destiny Perry, taken on August 7, 2026, is attached hereto as Exhibit 6.

9. A true and correct copy of Plaintiffs' Response to Defendant's First Interrogatories is attached hereto as Exhibit 7.

10. A true and correct copy of Plaintiffs' Response to Defendant's Second Interrogatories is attached hereto as Exhibit 8.

11. A true and correct copy of Defendant's Supplemental Responses to Plaintiffs' First Interrogatories is attached hereto as Exhibit 9.

12. A true and correct copy of Defendant's Responses to Plaintiffs' First Request for Admissions is attached hereto as Exhibit 10.

13. A true and correct copy of Plaintiffs' Responses to Defendant's First Requests for Admission is attached hereto as Exhibit 11.

14. A true and correct copy of the document produced to nChain by Plaintiffs as Bates number SA0000887, a March 20, 2023 email from Eric Finnerud containing DistroMint, LLC's corporate records, is attached hereto as Exhibit 12.[1]

15. A true and correct copy of Eric Finnerud's provisional patent application, titled "Blockchain integration in Digital Music Distribution," produced under Bates number NCH0004107, is attached hereto as Exhibit 13.

16. A true and correct copy of the document produced to nChain by Plaintiffs as Bates number SA0000007, a November 28, 2022 email from Eric Finnerud to Christen Ager-Hanssen, attaching Sound Alive's pitch deck and Finnerud's provisional patent application, is attached hereto as Exhibit 14.

17. A true and correct copy of the document produced to nChain by Plaintiffs as Bates number SA0000034, a calendar invite to a December 12, 2022 call between Eric Finnerud and Christen Ager-Hanssen, is attached hereto as Exhibit 15.

18. A true and correct copy of an email from Eric Finnerud to Christen Ager-Hanssen, and subsequent correspondence, produced under Bates number NCH0000233, is attached hereto as Exhibit 16.

---

[1] Email documents bearing an NCH- Bates number, which nChain produced, reflect the local time in the United Kingdom and use a day/month/year date format. Conversely, all email documents bearing an SA- Bates number, which Plaintiffs produced, reflect the local time in Georgia and use a month/day/year date format.

19. A true and correct copy of a December 13, 2022 email from Eric Finnerud to Christen Ager-Hanssen, attaching an invoice dated December 12, 2022, produced under Bates number NCH0004117, is attached hereto as Exhibit 17.

20. A true and correct copy of the document produced to nChain by Plaintiffs as Bates number SA0000047, a December 13, 2022 email from Eric Finnerud to Christen Ager-Hanssen, is attached hereto as Exhibit 18.

21. A true and correct copy of the document produced to nChain by Plaintiffs as Bates number SA0005875, a March 6, 2025 email from the Stellar Community Fund to Eric Finnerud, is attached hereto as Exhibit 19.

22. A true and correct copy of the document produced to nChain by Plaintiffs as Bates number SA0000096, a December 27, 2022 email from David Habot to Eric Finnerud, is attached hereto as Exhibit 20.

23. A true and correct copy of a January 5, 2023 email from Christen Ager-Hanssen to Andy Moody, attaching an invoice dated December 12, 2022, produced under Bates number NCH0001957, is attached hereto as Exhibit 21.

24. A true and correct copy of a January 6, 2023 email from Simon Wood to Christen Ager-Hanssen, attaching a January 6, 2023 payment confirmation, produced under Bates number NCH0001981, is attached hereto as Exhibit 22.

25. A true and correct copy of a January 26, 2023 email from Eric Finnerud to Urban Bratina, produced under Bates number NCH0004148, is attached hereto as Exhibit 23.

26. A true and correct copy of a March 2, 2023 email from Eric Finnerud to Urban Bratina, produced under Bates number NCH0004398, is attached hereto as Exhibit 24.

27. A true and correct copy of a June 23, 2023 email from Dale Evans to Eric Finnerud, attaching a court opinion, produced under Bates number NCH0001258, is attached hereto as Exhibit 25.

28. A true and correct copy of a June 16, 2023 email from nChain Marketing to Christen Ager-Hanssen, attaching an internal marketing newsletter, produced under Bates number NCH0005243, is attached hereto as Exhibit 26.

29. A true and correct copy of the document produced to nChain by Plaintiffs as Bates number SA0001187, a May 2, 2023 email from Eric Finnerud, is attached hereto as Exhibit 27.

30. A true and correct copy of a June 3, 2023 email from Eric Finnerud to Christen Ager-Hanssen, produced under Bates number NCH0005139, is attached hereto as Exhibit 28.

31. A true and correct copy of the document produced to nChain by Plaintiffs as Bates number SA0001190, a May 2, 2023 email from Eric Finnerud to Christen Ager-Hanssen and others, is attached hereto as Exhibit 29.

32. A true and correct copy of a January 30, 2023 email from Dale Evans to Eric Finnerud, produced under Bates number NCH0000096, is attached hereto as Exhibit 30.

33. A true and correct copy of a July 2, 2023 email from Eric Finnerud to Dale Evans, produced under Bates number NCH0005444, is attached hereto as Exhibit 31.

34. A true and correct copy of a June 29, 2023 email from Matevz Baskovc to Eric Finnerud and others, containing the minutes of a June 27, 2023 virtual call between Finnerud and nChain Slovenia, produced under Bates number NCH0005436, is attached hereto as Exhibit 32.

35. A true and correct copy of an October 8, 2023 email from Eric Finnerud to Christine Leong and others, produced under Bates number NCH0006266, is attached hereto as Exhibit 33.

36. A true and correct copy of an August 1, 2023 email from Eric Finnerud to Christen Ager-Hanssen, produced under Bates number NCH0005798, is attached hereto as Exhibit 34.

37. A true and correct copy of an August 30, 2023 email from Eric Finnerud to Dale Evans, produced under Bates number NCH0005922, is attached hereto as Exhibit 35.

38. A true and correct copy of a Microsoft Teams invite for an August 31, 2023 virtual meeting between Eric Finnerud and Dale Evans, produced under Bates number NCH0001628, is attached hereto as Exhibit 36.

39. A true and correct copy of a September 19, 2023 email from Urban Bratina to Eric Finnerud, containing the minutes of a September 19, 2023 call between Finnerud and nChain Slovenia, produced under Bates number NCH0005977, is attached hereto as Exhibit 37.

40. A true and correct copy of a June 21, 2023 email from Dale Evans to Eric Finnerud, produced under Bates number NCH0001145, is attached hereto as Exhibit 38.

41. A true and correct copy of a July 11, 2023 email from Thomas Mahon to Eric Finnerud, produced under Bates number NCH0001337, is attached hereto as Exhibit 39.

42. A true and correct copy of the document produced to nChain by Plaintiffs as a document titled "General Power of Attorney," dated July 11, 2023, produced under Bates number SA0005092, is attached hereto as Exhibit 40.

43. A true and correct copy of an international search report for International Patent Application No. PCT/IB2023/057275, produced under Bates number NCH0006716, is attached hereto as Exhibit 41.

44. A true and correct copy of an October 6, 2023 email from Eric Finnerud to Roman Puhek, produced under Bates number NCH0006229, is attached hereto as Exhibit 42.

45. A true and correct copy of an October 6, 2023 email from Eric Finnerud to Roman Puhek, attaching a proposed "investment structure," produced under Bates number NCH0006256, is attached hereto as Exhibit 43.

46. A true and correct copy of the document produced to nChain by Plaintiffs as Bates number SA0003077, a November 8, 2023 email from Eric Finnerud to Roman Puhek, is attached hereto as Exhibit 44.

47. A true and correct copy of a December 14, 2023 email from Dale Evans to Eric Finnerud, attaching a "restructure proposal," produced under Bates number NCH0001867, is attached hereto as Exhibit 45.

48. A true and correct copy of the document produced to nChain by Plaintiffs as Bates number SA0004558—consisting of (i) a January 29, 2024 demand letter from Valhil Law, sent on behalf of Eric Finnerud, to nChain and (ii) the February 27, 2024 response thereto from nChain's counsel, CMS Cameron McKenna Nabarro Olswang LLP—is attached hereto as Exhibit 46.

49. A true and correct copy of the document produced to nChain by Plaintiffs as Bates number SA0002424, a July 24, 2023 email from Eric Finnerud to Simon Wood, is attached hereto as Exhibit 47.

50. A true and correct copy of the document produced to nChain by Plaintiffs as Bates number SA0001831, a June 9, 2023 email from Eric Finnerud to Simon Wood, is attached hereto as Exhibit 48.

51. A true and correct copy of the document produced to nChain by Plaintiffs as Bates number SA0002189, a July 10, 2023 email from Eric Finnerud to Simon Wood, is attached hereto as Exhibit 49.

52. A true and correct copy of the document produced to nChain by Plaintiffs as Bates number SA0002694, an August 29, 2023 email from Eric Finnerud to nChain@mysampli.com, is attached hereto as Exhibit 50.

53. A true and correct copy of the document produced to nChain by Plaintiffs as Bates number SA0003080, a November 9, 2023 email from Eric Finnerud to davidr@waves.com, is attached hereto as Exhibit 51.

54. A true and correct copy of the document produced to nChain by Plaintiffs as Bates number SA0003084, a November 13, 2023 email from soundalivenow@gmail.com to georgia.dillon@focusrite.com, is attached hereto as Exhibit 52.

55. A true and correct copy of the document produced to nChain by Plaintiffs as Bates number SA0003183, a November 28, 2023 email from Eric Finnerud to SSBCI.Manager@dca.ga.gov, is attached hereto as Exhibit 53.

56. A true and correct copy of the document produced to nChain by Plaintiffs as Bates number SA0003195, a November 28, 2023 email from soundalivenow@gmail.com to daniel.hughley@focusrite.com, is attached hereto as Exhibit 54.

57. A true and correct copy of the document produced to nChain by Plaintiffs as Bates number SA0003197, a November 28, 2023 email from Eric Finnerud to rnurse@planitvirtual.com, is attached hereto as Exhibit 55.

58. A true and correct copy of the document produced to nChain by Plaintiffs as Bates number SA0003355, a January 15, 2024 email from Eric Finnerud, is attached hereto as Exhibit 56.

59. A true and correct copy of the document produced to nChain by Plaintiffs as Bates number SA0003469, a May 26, 2024 email from "National Science Foundation [donotreply@salesforce.nsf.gov]" to Eric Finnerud, is attached hereto as Exhibit 57.

60. A true and correct copy of the document produced to nChain by Plaintiffs as Bates number SA0003763, a July 25, 2024 email from Eric Finnerud to Susan Welch, is attached hereto as Exhibit 58.

61. A true and correct copy of International Patent Application WO 2024/013726 A1 is attached hereto as Exhibit 59.

62. A true and correct copy of U.S. Patent Application US 2024/0020681 A1 is attached hereto as Exhibit 60.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of September, 2026.

Respectfully submitted,

/s *Vivek Tata*

Vivek Tata