# Exhibit 18

Message

**From:** Sound Alive Rep [soundalivenow@gmail.com]
on behalf of Sound Alive Rep <soundalivenow@gmail.com> [soundalivenow@gmail.com]
**Sent:** 12/13/2022 6:38:16 PM
**To:** Christen Ager-Hanssen [cah@custosgroup.com]
**Subject:** Re: Eric Finnerud Invoice Consulting & Business Dev. 12/12/22

Precisely, thank you invoice sent to both addresses,

Respectfully,

Eric Finnerud

On Tue, 13 Dec 2022 at 18:23, Christen Ager-Hanssen <cah@custosgroup.com> wrote:
It's one invoice for every month

On Tue, 13 Dec 2022 at 21:49, Sound Alive Rep <soundalivenow@gmail.com> wrote:
Dear Christine,

I've attached the invoice my Bankwire details are listed in the document however I've listed them again below for easy access,

Best Regards,

Eric Finnerud

**Bankwire**:
Beneficiary Bank: Renasant
ABA/Routing: [redacted]
2100 Grayson Highway
Grayson, GA

Beneficiary:
Customer Name: Eric Christian Finnerud
Customer Account Number: [redacted]
Swift: [redacted]

--
Sound Alive Records Team
www.soundaliverecords.com
888.447.1520

***Breach of confidentiality & Accidental breach of confidentiality***

*This email and any files transmitted with it contains*

*confidential information that is legally privileged*

*and intended solely for the use of the individual or entity to whom they are addressed.*
*If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. Any mp3's and or audio files are Copyrighted to Sound Alive Records; to which you are not authorized to reproduce and or forward said email without written permission of the company. If you have received this transmission in error, please immediately notify us by email, and destroy the original transmission and its attachments without reading them or saving them to a disk.*

--

**Christen Ager-Hanssen**
Group CEO at Custos

**M** +44 7472 261690
**E** cah@custosgroup.com **W** www.custosgroup.com
**WhatsApp** +44 7472 261690

IMPORTANT: This electronic mail transmission, including any attachments, contains confidential information of Custos Group, ("Custos") and/or its clients or business partners. It is intended only for the person(s) named, and the information in this e-mail shall only be used by the person(s) named and for the purpose intended and for no other purpose. Any use, distribution, copying, or disclosure by any other persons, or by the person(s) named but for purposes other than the intended purpose, is strictly prohibited. If you received this transmission in error, please notify the sender by reply e-mail and then destroy this e-mail. Opinions, conclusions and other information in this message that do not relate to the official business of Custos shall be understood to be neither given nor endorsed by Custos. When addressed to Custos clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract.

--
Sound Alive Records Team
www.soundaliverecords.com
888.447.1520

***Breach of confidentiality & Accidental breach of confidentiality***

*This email and any files transmitted with it contains*

*confidential information that is legally privileged*

*and intended solely for the use of the individual or entity to whom they are addressed.*
*If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. Any mp3's and or audio files are Copyrighted to Sound Alive Records; to which you are not authorized to reproduce and or forward said email without written permission of the company. If you have received this transmission in error, please immediately notify us by email, and destroy the original transmission and its attachments without reading them or saving them to a disk.*