**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| ERIC FINNERUD,<br>SOUND ALIVE ENTERPRISE, LLC, and<br>DISTROMINT, LLC,<br><br>*Plaintiffs and Counterclaim-Defendants*,<br><br>v.<br><br>NCHAIN UK LTD,<br><br>*Defendant and Counterclaim-Plaintiff*. | ) | Civil Action<br>File No.: 1:24-cv-05280-SDG |

**NCHAIN UK LTD' S MOTION FOR ORAL**
**<u>ARGUMENT ON THEIR MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Section II(l) of this Court's Standing Order, Defendant nChain UK Ltd respectfully request that this Court schedule a hearing to allow oral argument on Defendant's Motion for Summary Judgment. In support of this request, Defendant states as follows:

1.

Plaintiffs filed a lengthy, 125-Paragraph Complaint, asserting eight counts against Defendant nChain UK Ltd sounding in contract and tort. Six of those claims remain.

2.

Defendant has sought summary judgment on the merits of all six claims, as well as on the grounds that this Court lacks personal jurisdiction over Defendant.

3.

Given the number of independent grounds presented by Defendant and the statutory and Constitutional significance of the threshold jurisdictional issues, Defendant believes that oral argument is necessary and will assist the Court by allowing counsel for the parties to explain fully their positions on the myriad issues in play.

4.

Defendant will endeavor in good faith to have a lawyer with fewer than five years of experience conduct the argument, or a substantial part thereof, on behalf of Defendant should this motion be granted.

WHEREFORE, Defendant prays that the Court grant its motion and set oral argument on the Motion for Summary Judgment.

This 30th day of September, 2026,

Respectfully submitted,

*/s/ Samantha R. Mandell*
Samantha R. Mandell
Georgia Bar No. 141689
STANTON LAW
410 Plasters Avenue NE, Suite 200
Atlanta, Georgia 30324
Tel. 404-881-1288
samantha.mandell@stantonlawllc.com

Rollo C. Baker IV (admitted *pro hac vice*)
Vivek Tata (admitted *pro hac vice*)
Jared Ruocco (admitted *pro hac vice*)
Sean Foley (admitted *pro hac vice*)
Elizabeth Baines (admitted *pro hac vice*)
ELSBERG BAKER & MARURI PLLC
Empire State Building
350 Fifth Avenue, 38th Floor
New York, New York 10118
Tel. 212-597-2600
rbaker@elsberglaw.com
vtata@elsberglaw.com
jruocco@elsberglaw.com
sfoley@elsberglaw.com
ebaines@elsberglaw.com

*Attorneys for Defendant nChain UK Ltd*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| ERIC FINNERUD,<br>SOUND ALIVE ENTERPRISE, LLC, and<br>DISTROMINT, LLC,<br><br>*Plaintiffs and Counterclaim-Defendants*,<br><br>v.<br><br>NCHAIN UK LTD,<br><br>*Defendant and Counterclaim-Plaintiff*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action<br>File No.: 1:24-cv-05280-SDG |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 5.1 AND 7.1D**

I hereby certify that this Notice has been prepared in Times New Roman 14-point font and otherwise conforms with the requirements of this Court's Local Rules.

This 30th day of September, 2026.

/s/ *Samantha R. Mandell*

Samantha R. Mandell